USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 2/27/12

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.), | ) ) ) |
| Plaintiffs, | ) CASE NO. 12-MISC-00037 ) ) |
| v. | ) UNITED STATES DISTRICT COURT ) NORTHERN DISTRICT OF ILLINOIS |
| MOTOROLA, INC. and MOTOROLA MOBILITY, INC. | ) ) CIVIL ACTION NO. 1:11-cv-08450 ) |
| Defendants. | ) |

## STIPULATION AND ORDER

WHEREAS Motorola Mobility, Inc. ("Motorola") served subpoenas on Jefferson Han and Perceptive Pixel on September 12, 2011 for documents and a deposition in the matter of Apple Inc. and NeXT Software, Inc. v. Motorola, Inc. and Motorola Mobility, Inc., Civil Action No. 1:11-cv-08450, venued in the Northern District of Illinois;

WHEREAS HTC served subpoenas on Jefferson Han and Perceptive Pixel on September 29, 2011 for documents and a deposition in the matter of In re Certain Portable Electronic Devices and Related Software, Inv. No. 337-TA-797, venued in the International Trade Commission;

WHEREAS Samsung served subpoenas on Jefferson Han and Perceptive Pixel on October 18, 2011 for documents and a deposition in the matter of In re Certain Electronic Digital Media Devices and Components Thereof, Inv. No. 337-TA-796, venued in the International Trade Commission and on October 6, 2011 in the matter of Apple Inc. v. Samsung Electronics Co., Ltd., Civil Action No. 5:11-CV-01846, venued in the Northern District of California;

WHEREAS on February 8, 2012 Motorola filed in the United States District Court for the Southern District of New York a motion to compel Jefferson Han and Perceptive Pixel to produce documents and sit for a deposition;

WHEREAS this matter is calendared for a hearing on February 28, 2012;

NOW THEREFORE to resolve this dispute, it is hereby STIPULATED and AGREED by and between the parties through their respective counsel as follows:

1. Jefferson Han and Perceptive Pixel will produce or provide for inspection by March 1, 2012 any and all existing source code for the NYU demo reel and the 2006 TED Conference demonstration.

2. Jefferson Han and Perceptive Pixel will produce by March 1, 2012 any and all agreements between Jefferson Han and/or Perceptive Pixel and Apple and any and all emails relating to efforts by Apple to communicate with and/or recruit and/or hire Jefferson Han between January 1, 2005 and February 17, 2012; such production shall occur after a search of at least Jefferson Han's gmail account and all other email accounts that may have been used to communicate with Apple to the extent such accounts are currently under Mr. Han's control.

3. Jefferson Han will appear for a deposition upon oral examination prior to March 1, 2012 and in any event not later than March 15, 2012. If Mr. Han is unable to sit for a deposition prior to March 8, 2012, he will provide counsel for Motorola, HTC and Samsung with a declaration authenticating the source code and documents produced pursuant to the above-referenced subpoenas.

4. Motorola will agree to withdraw its motion to compel in exchange for Jefferson Han and Perceptive Pixel's agreement to this stipulation.

5. Motorola, HTC and Samsung agree that upon production of the documents identified in paragraphs 1 and 2 above, and upon satisfactory completion of Mr. Han's deposition and production of any material documents identified therein, Mr. Han's and Perceptive Pixel's obligations under all subpoenas issued by Motorola, HTC and Samsung will be complete. In the event that Motorola, HTC or Samsung contends that a document not encompassed in Paragraph 1 and 2 above, but identified at Mr. Han's deposition, is "material," Mr. Han and Perceptive Pixel retain all rights to dispute the assertion of "materiality."

6. This Court shall retain jurisdiction over this matter until such time as Jefferson Han and Perceptive Pixel have satisfactorily complied with all parts of this stipulation.

Respectfully submitted,

DATED:   Feb. 17, 2012

By: _____
Brian Cannon

QUINN EMANUEL URQUHART & SULLIVAN
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
briancannon@quinnemanuel.com

*Counsel for Motorola Mobility, Inc.*

So ordered.

/s/ Judge Cote
Part I
Feb. 27, 2012

DATED: 2-17-12                                     By: /s/ Craig Kaufman
                                                   Craig Kaufman

                                                   Freitas Tseng & Kaufman LLP
                                                   100 Marine Parkway, Suite 200
                                                   Redwood Shores, CA 94065
                                                   Telephone: (650) 730-5557
                                                   ckaufman@ftbklaw.com

                                                   *Counsel for Jefferson Han and
                                                   Perceptive Pixel*

SO ORDERED:

_____

U.S.D.J.